UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

THE SOUTHERN COMPANY, ET AL.                                                    PLAINTIFFS

V.                                                          CIVIL ACTION NO. 3:14CV350-DPJ-FKB

FACTORY MUTUAL INSURANCE CO.                                                   DEFENDANT

ORDER

This civil action is before the Court on multiple motions of the parties to seal documents. Uniform Local Rule 79 and CMECF Administrative Procedures Section 6 outline the procedure for filing a document under seal and generally provide that parties are to seek leave of Court to file a document under seal *before* submitting the document conventionally to the Clerk's office for filing. Here, the parties filed motions to seal after filing documents electronically on CMECF. In the future, the parties are directed to comply with the Court's procedures for filing of sealed documents.

Notwithstanding, in the interest of efficiency, the Court finds that all pending motions to seal [118, 122, 130, 133, 136, 151, 154, 156, 158] should be granted. The Clerk is directed to seal documents 116, 120, 128, 131, 134, 137, 143, 149, 152, 155, and 157.

Finally, in the future, the parties are directed to comply with Uniform Local Rule 7(b)(10) and advise the Court whether a non-dispositive motion (such as a motion to seal) will be opposed.

**SO ORDERED AND ADJUDGED** this the 26rd day of January, 2016.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE